# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DORIS JEAN MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SETERUS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-01979-GMN-CWH<br><br>**ORDER** |

This matter is before the court on plaintiff Doris Jean Mitchell's motion for reconsideration (ECF No. 5), filed on November 1, 2018. Plaintiff moves the court to reconsider its order denying plaintiff's application to proceed *in forma pauperis*. Under the Local Rules, reconsideration is appropriate when:

> (1) there is newly discovered evidence that was not available when the original motion or response was filed, (2) the court committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law.

LR 59-1. Here, plaintiff has not presented newly discovered evidence, nor has she demonstrated that the court committed clear error. Lastly, plaintiff has not indicated a change in controlling law. Therefore, the court will deny plaintiff's motion for reconsideration.

　　　IT IS THEREFORE ORDERED that plaintiff's motion (ECF No. 5) for reconsideration is DENIED.

　　　IT IS FURTHER ORDERED that plaintiff must pay the $350.00 filing fee, plus the $50.00 administrative fee, within 30 days from the date of this order.

　　　IT IS FURTHER ORDERED that plaintiff's failure to timely comply with this order will result in a recommendation that this case be dismissed.

　　　DATED: November 5, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　C.W. HOFFMAN, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE